**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JOSE LEONEL LOPEZ RIVERA,

Petitioner,

v.

CHRISTOPHER LA ROSE, et al.,

Respondents.

Case No.:  26-cv-4024-BJC-AHG

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On July 14, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the due process clause of the United States Constitution.  Petitioner requests that this Court assume jurisdiction over the matter, grant the Petition and either immediately release him from custody or order Respondents to schedule a bond hearing before an immigration judge.

This Court set a briefing schedule and issued a limited stay.  ECF No. 2. Respondents filed a Return to the petition on July 21, 2026, in which they note that Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025). ECF No. 4.  The court in *Maldonado Bautista* entered final judgment as to the Bond Eligible Class on December 18, 2025, and the Ninth Circuit later stayed

1

application of the Order beyond the Central District of California.  However, Respondents "acknowledge the prior orders from this District directing bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases" and "therefore do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing **no later than August 5, 2026**, and cannot deny bond at the hearing based on § 1225.  Respondents continue to be enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

Dated:  July 21, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-4024-BJC-AHG